NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

(Reexamination No.'s 95/000,120, 95/000,121, 95/000,122, 95/000,123)

## CALLAWAY GOLF COMPANY,
*Appellant,*

v.

## DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,
*Appellee,*

AND

## ACUSHNET COMPANY,
*Appellee.*

2011-1622, -1623, -1624, -1625

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

Callaway Golf Company moves without opposition to consolidate these four cases for briefing and oral argument, and moves for a 14-day extension of time, until December 12, 2011, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

NOV 17 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael J. Kane, Esq.
　　Clinton H. Brannon, Esq.
　　Raymond T. Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 17 2011

JAN HORBALY
CLERK